| | |
|---|---|
| In re: | Case No. 23-02414-HWV |
| Melody M. Anderson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Dec 01, 2023 | Form ID: ntcnfhrg | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melody M. Anderson, 246 Homestead Drive, Hanover, PA 17331-8053 |
| 5573639 | | Aptive Environmental, P O Box 736025, Dallas, TX 75373-6025 |
| 5573654 | + | LapCorp, P O Box 224, Burlington, NC 27216-0224 |
| 5573657 | | Medstar Medical Group Radiology, P O Box 371863, Pittsburgh, PA 15250-7863 |
| 5573668 | | UPMC in Central Pa., P O Box 826813, Philadelphia, PA 19182-6813 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5573638 | + | Email/PDF: bncnotices@becket-lee.com | Dec 01 2023 18:59:45 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5573641 | | Email/Text: rmcollections@belco.org | Dec 01 2023 18:51:00 | Belco Community Credit Union, Attn: Bankruptcy Dept., 449 Eisenhower Blvd. Suite 200, Harrisburg, PA 17111 |
| 5573640 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 01 2023 18:51:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 5573642 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Dec 01 2023 18:59:31 | Best Egg, Attn: Bankruptcy, Po Box 42912, Philadelphia, PA 19101-2912 |
| 5573644 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 01 2023 18:59:54 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5573645 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 01 2023 18:59:45 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5573646 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 01 2023 18:51:00 | Comenity Bank/Buckle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5573647 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 01 2023 18:51:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5573648 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 01 2023 18:51:00 | Comenity Bank/Zales, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5573649 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 01 2023 18:51:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5573650 | | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 01 2023 18:51:00 | Credit Collection Services, P O Box 337, Norwood, MA 02062-0337 |
| 5574954 | | Email/Text: mrdiscen@discover.com | Dec 01 2023 18:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5573651 | + | Email/Text: mrdiscen@discover.com | Dec 01 2023 18:51:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5573652 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 01 2023 18:51:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po |

| Recipient ID | | Delivery Method | Date/Time | Address |
| --- | --- | --- | --- | --- |
| | | | | Box 70379, Philadelphia, PA 19176-0379 |
| 5573643 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 01 2023 18:49:06 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 5579083 | + | Email/Text: RASEBN@raslg.com | Dec 01 2023 18:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5580816 | | Email/Text: Bankruptcy@ornlfcu.com | Dec 01 2023 18:51:00 | Jason L. Rogers, P. O. Box 869, Knoxville, TN 37901-0869 |
| 5573653 | + | Email/Text: bankruptcynotices@tvacreditunion.com | Dec 01 2023 18:51:00 | Knoxville TVA Employees CU, P.O. Box 36027, Knoxville, TN 37930-6027 |
| 5580817 | + | Email/Text: bankruptcynotices@tvacreditunion.com | Dec 01 2023 18:51:00 | Knoxville TVA Employees Credit Union, P.O. Box 36027, Knoxville, TN 37930-6027 |
| 5573655 | | Email/Text: camanagement@mtb.com | Dec 01 2023 18:51:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264 |
| 5573656 | | Email/Text: Bankruptcy@medstar.net | Dec 01 2023 18:51:00 | MedStar Health, P O Box 411019, Boston, MA 02241-1019 |
| 5573658 | | Email/Text: info@bolderhealthcare.com | Dec 01 2023 18:51:00 | Receivables Outsourcing LLC, P O Box 734412, Chicago, IL 60673-4415 |
| 5573659 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 01 2023 18:59:56 | Syncb/Verizon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5573660 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 01 2023 18:59:56 | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5573661 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 01 2023 18:59:56 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5573662 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 01 2023 18:59:41 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5573663 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 01 2023 18:59:56 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5573664 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 01 2023 19:00:11 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5573665 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 01 2023 18:48:44 | Synchrony Bank/Wal Mart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5573666 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 01 2023 18:49:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5573667 | + | Email/Text: bankruptcy@bbandt.com | Dec 01 2023 18:51:00 | Truist, Attn: Bankruptcy, Mail Code VA-RVW-6290 POB 85092, Richmond, VA 23286-0001 |
| 5573669 | + | Email/Text: cr-bankrupt@wakeassoc.com | Dec 01 2023 18:51:00 | Wakefield & Associates, LLC, 1105 Schrock Road, Suite 700, Columbus, OH 43229-1168 |
| 5573670 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 01 2023 18:59:54 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 33

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| Nicholas G. Platt | on behalf of Debtor 1 Melody M. Anderson ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Melody M. Anderson, fka Melody Mae Henson, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:23−bk−02414−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 3, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: January 10, 2024<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 1, 2023 |

ntcnfhrg (08/21)

Case 1:23-bk-02414-HWV    Doc 15    Filed 12/03/23    Entered 12/04/23 00:26:05    Desc
Imaged Certificate of Notice    Page 4 of 4