United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Melody M. Anderson  
    Debtor

Case No. 23-02414-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4  
Date Rcvd: Apr 25, 2024     Form ID: ordsmiss     Total Noticed: 52

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melody M. Anderson, 246 Homestead Drive, Hanover, PA 17331-8053 |
| 5573639 | | Aptive Environmental, P O Box 736025, Dallas, TX 75373-6025 |
| 5573654 | + | LapCorp, P O Box 224, Burlington, NC 27216-0224 |
| 5584620 | | MedStar Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5573657 | | Medstar Medical Group Radiology, P O Box 371863, Pittsburgh, PA 15250-7863 |
| 5573668 | | UPMC in Central Pa., P O Box 826813, Philadelphia, PA 19182-6813 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5582407 | | Email/PDF: bncnotices@becket-lee.com | Apr 25 2024 18:50:18 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5573638 | + | Email/PDF: bncnotices@becket-lee.com | Apr 25 2024 18:50:19 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5573641 | | Email/Text: rmcollections@belco.org | Apr 25 2024 18:39:00 | Belco Community Credit Union, Attn: Bankruptcy Dept., 449 Eisenhower Blvd. Suite 200, Harrisburg, PA 17111 |
| 5573640 | + | EDI: TSYS2 | Apr 25 2024 22:36:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 5573642 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Apr 25 2024 18:50:16 | Best Egg, Attn: Bankruptcy, Po Box 42912, Philadelphia, PA 19101-2912 |
| 5582250 | | EDI: CAPITALONE.COM | Apr 25 2024 22:36:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5573644 | + | EDI: CITICORP | Apr 25 2024 22:36:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5585652 | | EDI: CITICORP | Apr 25 2024 22:36:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5573645 | + | EDI: CITICORP | Apr 25 2024 22:36:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5573646 | + | EDI: WFNNB.COM | Apr 25 2024 22:36:00 | Comenity Bank/Buckle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5573647 | + | EDI: WFNNB.COM | Apr 25 2024 22:36:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5573648 | + | EDI: WFNNB.COM | Apr 25 2024 22:36:00 | Comenity Bank/Zales, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5573649 | + | EDI: WFNNB.COM | Apr 25 2024 22:36:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5573650 | | EDI: CCS.COM | | |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | Apr 25 2024 22:36:00 | Credit Collection Services, P O Box 337, Norwood, MA 02062-0337 |
| 5574954 | | EDI: DISCOVER | Apr 25 2024 22:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5573651 | + | EDI: DISCOVER | Apr 25 2024 22:36:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5573652 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 25 2024 18:40:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5585207 | | EDI: JEFFERSONCAP.COM | Apr 25 2024 22:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5573643 | | EDI: JPMORGANCHASE | Apr 25 2024 22:36:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 5579083 | + | Email/Text: RASEBN@raslg.com | Apr 25 2024 18:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5580816 | | Email/Text: Bankruptcy@ornlfcu.com | Apr 25 2024 18:40:00 | Jason L. Rogers, P. O. Box 869, Knoxville, TN 37901-0869 |
| 5573653 | + | Email/Text: bankruptcynotices@tvacreditunion.com | Apr 25 2024 18:40:00 | Knoxville TVA Employees CU, P.O. Box 36027, Knoxville, TN 37930-6027 |
| 5580817 | + | Email/Text: bankruptcynotices@tvacreditunion.com | Apr 25 2024 18:40:00 | Knoxville TVA Employees Credit Union, P.O. Box 36027, Knoxville, TN 37930-6027 |
| 5588940 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 25 2024 18:50:15 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5588941 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 25 2024 18:49:56 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 5586047 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 25 2024 18:50:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5585555 | | Email/Text: camanagement@mtb.com | Apr 25 2024 18:40:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5573655 | | Email/Text: camanagement@mtb.com | Apr 25 2024 18:40:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264 |
| 5573656 | | Email/Text: Bankruptcy@medstar.net | Apr 25 2024 18:40:00 | MedStar Health, P O Box 411019, Boston, MA 02241-1019 |
| 5586269 | | EDI: PRA.COM | Apr 25 2024 22:36:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5584912 | | EDI: Q3G.COM | Apr 25 2024 22:36:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5584913 | | EDI: Q3G.COM | Apr 25 2024 22:36:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5573658 | | Email/Text: cognizantrcminfo@cognizant.com | Apr 25 2024 18:40:00 | Receivables Outsourcing LLC, P O Box 734412, Chicago, IL 60673-4415 |
| 5583963 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 25 2024 18:49:58 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5573659 | + | EDI: SYNC | Apr 25 2024 22:36:00 | Syncb/Verizon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5573660 | + | EDI: SYNC | Apr 25 2024 22:36:00 | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| Recip ID | | Bypass/Delivery | Date/Time | Name and Address |
|---|---|---|---|---|
| 5573661 | + | EDI: SYNC | Apr 25 2024 22:36:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5573662 | + | EDI: SYNC | Apr 25 2024 22:36:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5573663 | + | EDI: SYNC | Apr 25 2024 22:36:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5573664 | + | EDI: SYNC | Apr 25 2024 22:36:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5573665 | + | EDI: SYNC | Apr 25 2024 22:36:00 | Synchrony Bank/Wal Mart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5573666 | + | EDI: SYNC | Apr 25 2024 22:36:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5573667 | + | Email/Text: bankruptcy@bbandt.com | Apr 25 2024 18:40:00 | Truist, Attn: Bankruptcy, Mail Code VA-RVW-6290 POB 85092, Richmond, VA 23286-0001 |
| 5573669 | + | Email/Text: aalegalforwarding@wakeassoc.com | Apr 25 2024 18:39:00 | Wakefield & Associates, LLC, 1105 Schrock Road, Suite 700, Columbus, OH 43229-1168 |
| 5573670 | + | EDI: WFFC2 | Apr 25 2024 22:36:00 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 5581851 | | EDI: WFFC2 | Apr 25 2024 22:36:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 27, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

Michael Patrick Farrington
    on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com

Nicholas G. Platt
    on behalf of Debtor 1 Melody M. Anderson ngp@mooney4law.com plattnr61895@notify.bestcase.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Melody M. Anderson, fka Melody Mae Henson, | Chapter 13 |
| **Debtor 1** | Case No. 1:23−bk−02414−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: April 25, 2024

ordsmiss (05/18)